NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON, ) | No. C 11-01901 JF (PR) |
| Plaintiff, ) | ORDER GRANTING EXTENSION |
| ) | OF TIME TO FILE COMPLETE *IN* |
| v. ) | *FORMA PAUPERIS* APPLICATION |
| ) | |
| JERRY BROWN, et al., ) | |
| Defendants. ) | |

On April 20, 2011, Plaintiff initiated the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983, by filing a letter alleging claims against various state officials. (Docket No. 1.) On the same day, the clerk sent Plaintiff notices directing him to file a complaint using the court's form complaint and an In Forma Pauperis Application. (Docket Nos. 2 & 3.) On May 9, 2011, Plaintiff filed a motion for leave to proceed in forma pauperis which is deficient because Plaintiff failed to attach necessary documents in support thereo. (Docket No. 6.) In the interest of justice, the Court will grant an extension of time to file the missing Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months to complete his In Forma Pauperis Application.

1  Plaintiff shall submit the missing documents **within thirty (30) days** of the date
2  this order is filed.  **Failure to file the necessary documents will result in the denial of**
3  **the application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, and the complete filing fee will be**
4  **immediately due.**
5  IT IS SO ORDERED.
6  DATED:  6/8/11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.

Case Number: CV11-01901 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/8/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison AE7123
San Quentin State Prison
San Quentin, CA 94974

Dated: 6/8/11

                                            Richard W. Wieking, Clerk