IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No.  C 11-01901 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(Docket No. 24) |

Plaintiff, an inmate at the Santa Clara County Jail, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement. On August 5, 2011, the Court dismissed the complaint with leave to amend within thirty days of the order.  (Docket No. 15.)

On October 18, 2011, Plaintiff filed a letter requesting additional time to file his amended complaint.  (Docket No. 24.)  Although Plaintiff's motion is untimely, for good cause shown and in the interest of justice, Plaintiff's request is GRANTED.  Plaintiff shall file his amended complaint **no later than thirty (30) days from the date this order is filed.**

DATED: November 8, 2011

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of Time
01901Garrison_eot_amend.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.

Case Number: CV11-01901 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/14/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison CWX 252
County Jail
885 N. San Pedro Street
San Jose, CA 95110

Dated: 11/14/2011

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk