IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEVE GARRISON, )<br>       Plaintiff, )<br>  v. )<br>   )<br>JERRY BROWN, et al., )<br>       Defendants. )<br>_____ ) | No. C 11-01901 EJD (PR)<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br><br><br>(Docket No. 26) |

    Plaintiff, an inmate at the Santa Clara County Jail, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement. On August 5, 2011, the Court dismissed the complaint with leave to amend within thirty days of the order. (Docket No. 15.)

    On November 15, 2011, Plaintiff filed a letter requesting additional time to file his amended complaint. (Docket No. 26.) Good cause appearing, Plaintiff's second request for an extension of time GRANTED. Plaintiff shall file his amended complaint **no later than January 13, 2012**.

DATED: December 30, 2011

                                                  EDWARD J. DAVILA
                                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.
                                          /

Case Number: CV11-01901 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/9/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison
726 S. 10th Apt #6
c/o Katrina Holmes
San Jose, CA 95112

Dated: 1/9/2012

                                        Richard W. Wieking, Clerk
                                     /s/By: Elizabeth Garcia, Deputy Clerk