**FILED**

FEB 10 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No. C 11-01901 EJD (PR)<br><br>ORDER GRANTING THIRD EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT; DENYING OTHER MOTIONS AS PREMATURE<br><br>(Docket Nos. 29, 30, 31, 32, 33 & 34) |

Plaintiff, an inmate at the Santa Clara County Jail, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement. On August 5, 2011, the Court dismissed the complaint with leave to amend within thirty days of the order. (Docket No. 15.)

On January 24, 2012, Plaintiff filed a motion for additional time to file his amended complaint. (Docket No. 29.) The Court notes that the motion is untimely as the amended complaint was due no later January 13, 2012, and the motion was signed on January 19, 2012. (Id. at 2.) However, in the interest of justice, the Court will grant the motion and extend the deadline an additional 60 days. Plaintiff shall file his amended complaint **no later than March 13, 2012.** No further extensions of time shall be granted in light of the fact that an amended complaint has been due since August 5, 2011, when

the Court dismissed the original complaint with leave to amend, (Docket No. 15), and this is now Plaintiff's third extension of time.

Plaintiff's motions filed under Docket Nos. 30, 31, 32, 33 and 34 are DENIED as premature. Plaintiff may resubmit the motions pending the Court's review of Plaintiff's amended complaint.

This order terminates Docket Nos. 29, 30, 31, 32, 33 and 34.

DATED: 2/8/12

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

v.

JERRY BROWN, et al.,

        Defendants.
        _____/

Case Number: CV11-01901 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __2/13/12__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison CWX 252
Santa Clara County Jail
885 N. San Pedro Avenue
San Jose, CA 95110

Dated: __2/13/12__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk