IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE GARRISON, | ) | No. C 11-01901 EJD (PR) |
| Plaintiff, | ) ) | ORDER ADDRESSING PENDING MOTIONS |
| v. | ) ) | |
| JERRY BROWN, et al., | ) ) | |
| Defendants. | ) ) | (Docket Nos. 60, 64 & 65) |

Plaintiff, an inmate at the Santa Clara County Jail, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement. On July 19, 2012, the Court dismissed the complaint a second time with leave to amend within thirty days of the order. (Docket No. 61.) On August 13, 2012, Plaintiff filed a second amended complaint which will be reviewed in a separate order.

Because the Court has yet to determine whether Plaintiff has stated cognizable claims against named defendants, Plaintiff's motion for summary judgment, (Docket No. 60), is DENIED as premature. Plaintiff's "motion for the U.S. Courts to issue a[n] arrest warrant for all Defendants..." is DENIED as this civil action is not the proper avenue for pursuing criminal complaints. (Docket No. 64.) Lastly, Plaintiff has a filed a motion requesting the court to inform the County Jail where he is incarcerated of his "pro per

1 rights" so that he "can have proper access to the Courts without delay." (Docket No. 65
2 at 1.) To the extent that Plaintiff is seeking injunctive relief against the jail, the motion is
3 DENIED because the jail is not a party to this action.

4     This order terminates Docket Nos. 60, 64 and 65.

6 DATED: 11/6/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.

Case Number: CV11-01901 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/6/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison cwx252
885 N. Pedro Street
San Jose, CA 95110

Dated: 11/6/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk