**FILED**

JAN 0 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

    Plaintiff,

v.

JERRY BROWN, et al.,

    Defendants.

No. C 11-01901 EJD (PR)

JUDGMENT

The Court has dismissed the instant civil rights action without leave to amend. A judgment of dismissal with prejudice is entered.

The Clerk shall close the file.

DATED: 1/7/13

EDWARD J. DAVILA
United States District Judge

Judgment
01901Garrison_judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON, | Case Number CV 11-01901 EJD (PR) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JERRY BROWN., et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/8/13_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Steve Garrison**
cwx252
885 N. Pedro Street
San Jose, CA 95110

DATED: __1/08/13__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk