**FILED**

JAN 0 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No.  C 11-01901 EJD (PR)<br><br>JUDGMENT |

    The Court has dismissed the instant civil rights action without leave to amend.  A judgment of dismissal with prejudice is entered.

    The Clerk shall close the file.

DATED: _____1/7/13_____

_____
EDWARD J. DAVILA
United States District Judge

Judgment
01901Garrison_judgment.wpd

1

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

  v.

JERRY BROWN., et al.,

        Defendants.

Case Number CV 11-01901 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/8/13_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Steve Garrison**
cwx252
885 N. Pedro Street
San Jose, CA 95110

DATED: ____1/08/13____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk